UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-986(JMR/FLN)

| | | |
|---|---|---|
| IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401(k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| Jeff Darwin, d/b/a Darwin Diversified | ) | |

The above matter came before the Court on plaintiff's motion seeking an order to show cause to hold defendants in civil contempt for failure to obey the Court's previous Order, dated January 17, 2001, which ordered defendant to produce fringe fund reports and contributions for the period October, 1999, through April, 2000. Pursuant to that motion, the Court now makes the following Order:

IT IS HEREBY ORDERED:

NOTE! JMR Important

1. **Defendant is hereby ordered to personally appear before this Court on March 30, 2001, at 10:00 a.m. at the United States Courthouse, Courtroom 15E, 300 South 4th Street, Minneapolis, Minnesota**, to show cause, if any, why a Contempt of Court Order should not be entered adjudging the defendants in civil contempt of this Court for continuing to refuse

FILED MAR 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

to produce fringe fund reports and contributions for the period October, 1999, through April, 2000, and that defendant should show cause why he should not be committed to confinement until compliance with the Court's Order of January 17, 2001.

Dated: ~~February~~ March 1st, 2001

JAMES M. ROSENBAUM
United States District Judge